**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ALEXANDER ARMANDO HUANCA CARDENAS,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-883-KC** |
| **PAMELA JO BONDI et al.,** | § | |
| **Respondents.** | § | |

# FINAL JUDGMENT

On this day, the Court considered the case. On April 10, 2026, the Court granted in part Alexander Armando Huanca Cardenas' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Apr. 10, 2026, Order 3, ECF No. 4.

Respondents have now informed the Court that on April 15, 2026, an IJ ordered Huanca Cardenas released on a $1,500.00 bond. Advisory, ECF No. 5; *see id.* Ex. A ("IJ Order"), ECF No. 5-1.

It appears that the only remaining matter to be resolved in this case is Huanca Cardenas' request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 28, ECF No. 1; *see generally* Apr. 10, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

SIGNED this 20th day of April, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE